**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7728**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROY STEVE DAVIS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-89-407-A, CA-97-448-AM)

---

Submitted: July 30, 1998          Decided: August 14, 1998

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Roy Steve Davis, Appellant Pro Se. Christopher Louis Cardani, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we grant Appellant's "Motion for Consideration" of his informal brief, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Davis, Nos. CR-89-407-A; CA-97-448-AM (E.D. Va. Apr. 9 and Sept. 17, 1997). Because the claims were not presented in the district court, we deny Appellant's motion to supplement the record. We deny Appellant's motions for appointment of counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2